| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-4<br>Case 22-43018-elm13<br>Northern District of Texas<br>Ft. Worth<br>Fri Dec 16 16:13:08 CST 2022 | 501 W. Tenth Street<br>Fort Worth, TX 76102-3637 | AD Astra Recovery Service<br>8918 West 21st N 200<br>Wichita, KS 67205-1880 |
| Attorney General<br>PO Box 12017<br>Austin, TX 78711-2017 | Camden Homes<br>14553 Gorge Dr<br>Dallas, TX 75253-3051 | Credit Systems Intl In<br>1277 Country Club Ln<br>Fort Worth, TX 76112-2304 |
| First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 | Hillcrest Davidson & A<br>715 N Glenville Dr 4<br>Richardson, TX 75081-2879 | IC Systems<br>PO Box 64437<br>Saint Paul, MN 55164-0437 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Karz<br>12002 Garland Rd Ste A<br>Dallas, TX 75218-1531 |
| Lake City Investment<br>980 N Mill Street<br>Lewisville, TX 75057-3114 | (p)LEE LAW FIRM PLLC<br>ATTN SUSAN HUDSON<br>8701 BEDFORD EULESS RD 510<br>HURST TX 76053-3874 | Linebarger, Goggan, Blair & Sampson, LLP<br>2777 N Stemmons Freeway 1000<br>Dallas, TX 75207-2328 |
| NEBRASKA FURNITURE MART<br>5600 NEBRASKA FURNITURE MART DR<br>#08444<br>THE COLONY, TX 75056-5348 | Navy Federal Credit Union<br>P.O. Box 3000<br>Merrifield, VA 22119-3000 | Nebraska Furniture<br>5600 Nebraska Furniture Mart Dr #08<br>The Colony, TX 75056-5348 |
| Patriot Ridge Apartments<br>4810 TX Spur 408<br>Dallas, TX 75236-3201 | Quantum3 Group LLC<br>as agent for CF Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Southwest Credit Systems<br>4120 International Parkway  1100<br>Carrollton, TX 75007-1958 |
| Southwest Credit Systems LP<br>PO Box 650784<br>Dallas, TX 75265-0784 | Speedy/Rapid Cash<br>P.O. Box 780408<br>Wichita, KS 67278-0408 | Speedy/Rapid Cash<br>PO Box 782260<br>Wichita, KS 67278-2260 |
| Synerprise Consulting<br>5651 Broodmoor<br>Mission, KS 66202-2407 | T mobile/T Mobile USA<br>By American InforSource Agent<br>4515 N. Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 |
| Texas Alcohol Beverage Commission<br>Licenses and Permits Division<br>PO Box 13127<br>Austin, TX 78711-3127 | Texas Car Title and Payday Loan Services, In<br>c/o Bankruptcy/Legal Department<br>8601 Dunwoody Pl Ste 406<br>Atlanta, GA 30350-2550 | Texas Comptroller Of Public Accounts<br>Bankrupty & Collections Division<br>PO Box 12548 MC-008<br>Austin, TX 78711-2548 |

| | | |
|---|---|---|
| Texas Employment Commission<br>TEC Building - Bankruptcy<br>101 E. 15th Street<br>Austin, TX 78778-0001 | Texas Workforce Commission<br>Regulatory Integrity Division - SAU<br>ATT: Rick Diaz<br>101 E. 15th Street Room 556<br>Austin, TX 78778-0001 | (p)TMX FINANCE LLC FORMERLY TITLEMAX<br>15 BULL STREET<br>SUITE 200<br>SAVANNAH GA 31401-2686 |
| United Revenue Corp<br>204 Billings St  120<br>Arlington, TX 76010-2495 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | United States Trustee<br>1100 Commerce St., Room 9C60<br>Dallas, TX 75242-9998 |
| Verizon Wireless<br>PO Box  650051<br>Dallas, TX 75265-0051 | Ametria Domanise Taylor<br>14553 Gorge Dr<br>Dallas, TX 75253-3051 | Christopher Marvin Lee<br>Lee Law Firm, PLLC<br>8701 Bedford Euless Road<br>Suite 510<br>Hurst, TX 76053-3874 |
| Freddie Louis Taylor<br>14553 Gorge Dr<br>Dallas, TX 75253-3051 | Tim Truman<br>6851 N.E. Loop 820, Suite 300<br>N Richland Hills, TX 76180-6608 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>Insolvency<br>PO Box 21126<br>Philadelphia, PA 19114 | Lee Law Firm, PLLC<br>8701 Bedford Euless Rd 510<br>Hurst, TX 76053 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>P.O. BOX 13528<br>Austin, TX 78711 |
| TitleMax Of Texas Inc<br>15 Bull St 200<br>Savannah, GA 31401 | (d)Titlemax Of Texas Inc<br>15 Bull St 200<br>Savannah, GA 31401 | End of Label Matrix<br>Mailable recipients    40<br>Bypassed recipients     0<br>Total                  40 |