

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 3, 2023**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Freddie Louis Taylor | § | Case No. 22-43018-ELM-13 |
| Ametria Domanise Taylor | § | |
| Debtors | § | Chapter 13 |

### UNOPPOSED ORDER GRANTING MOTION TO IMPOSE AUTOMATIC STAY

CAME ON BEFORE THE COURT Debtors' Motion to Impose Automatic Stay After Two Prior Dismissals Within One Year of Filing. After hearing testimony from the Debtors, the Court finds that good cause exists to grant the Motion. It is, therefore,

ORDERED that the stay be imposed and in force under 11 U.S.C. §362(c)(3)(B), as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2), or a motion for relief from stay is granted under §362(d).

###END OF ORDER###

Order- Motion to Impose Automatic Stay – Taylor 22-43018-elm

<u>By: /s/Christopher M Lee</u>
Christopher M. Lee
State Bar No. 24041319
Eric A. Maskell
State Bar No. 24041409
LEE LAW FIRM, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
469-646-8995 Phone
469-694-1059 Fax
ATTORNEY FOR DEBTOR

Order- Motion to Impose Automatic Stay – Taylor 22-43018-elm